## STATE v. SNOWDEN

No. 156 PC.

Case below: 26 N.C. App. 45.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

## STATE v. SORRELL

No. 183 PC.

Case below: 26 N.C. App. 325.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 25 August 1975.

## STATE v. STITT

No. 140 PC.

Case below: 25 N.C. App. 680.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

## STATE v. VAIL

No. 171 PC.

Case below: 26 N.C. App. 73.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

## STATE v. WEBB

No. 10 PC.

Case below: 26 N.C. App. 526.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.